IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WAYNE ROBERT GREENLAW,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.
_____/

Case No.  5D22-0150
LT Case No. 2011-CF-036246-CFAES

Decision filed March 28, 2023

3.850 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Wayne Robert Greenlaw, Madison,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and SOUD, JJ., concur.